UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTEN LECCESE,<br>          Defendant. | NO. CR20-151 (4) RAJ<br><br>PRAECIPE FOR A SUMMONS |
|---|---|

TO: THE CLERK OF THE ABOVE-ENTITLED COURT
You will please issue a summons on an Indictment filed herein to:

Kristin Leccese
200 W. 67th Street, Apt 22F
New York, NY 10023

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge Brian A. Tsuchida, on October 15, 2020 at 9:00 a.m., to answer an Indictment charging violations of 18 United States Code, Sections 371, 1349, and 1343.

DATED this 16th day of September, 2020.

*s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney

SECRET: YES __X__   NO _____