UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>      v.<br><br>KRISTEN LECCESE,<br><br>                         Defendant. | No.  CR20-151RAJ<br><br>NOTICE OF APPEARANCE |

TO:     Clerk of the Court; and

TO:     Brian T. Moran, United States Attorney:

        PLEASE TAKE NOTICE that the LAW OFFICE OF ROBERT FLENNAUGH II, PLLC and Robert Flennaugh II, hereby appear as counsel for Defendant Leccese.

        All further ECF district court filings, papers, pleadings, court documents, and correspondence in this matter, exclusive of service of process, may be served upon Ms. Leccese leaving a copy thereof with his attorneys at their address below stated.

        DATED this 14th day of October, 2020.

                                Respectfully submitted,

                                *(s) Robert Flennaugh II*
                                Robert Flennaugh II, WSBA # 26764
                                Attorney for Defendant Leccese
                                Law Office of Robert Flennaugh II, PLLC
                                810 3rd Avenue, Suite 500
                                Seattle, WA 98104
                                Phone: 206-447-7422 Fax: 206-447-7534
                                Email: Robert@flennaughlaw.com

NOTICE OF APPEARANCE - 1
Case No. CR20-151 RAJ

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA  98104
(206) 447-7422
Fax: (206) 447-7534