# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>KRISTEN LECCESE,<br><br>               Defendant. | Case No. CR 20-151 RAJ<br><br>DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE |

I, Kristen Leccese, the above named defendant, acknowledge that I have been advised by my lawyer and the Court – by this form -- that pursuant to the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right to be personally present in open court to any hearing involving a criminal proceeding to which I am a party.

I am scheduled to have the following hearing on:

October 16, 2020

I have been advised by my lawyer that because of coronavirus disease 2019 (COVID-19), the Governor of the State of Washington has issued an Emergency Proclamation and Chief Judge Ricardo S. Martinez in the Western District of Washington has issued a General Order 02-__ regarding Emergency Hearings.  As a result, I cannot currently be personally present in open court for this scheduled hearing.  Therefore, I wish to waive my right to be personally present in open court for the above-hearing, and acknowledge that my right to due process under the

DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE
AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC
CONFERENCE - 1

Constitution is best protected by moving forward with the hearing(s) by video/telephonic conference.

I have discussed with my lawyer this consent to appear and participate by video/telephonic conference and have agreed to the same.

I have also authorized by lawyer to electronically execute this form on my behalf.

Dated this 14th day of October, 2020

_/s/Kathleen E. Cassidy_

On behalf of Kristen Lecesse