UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>KRISTEN LECCESE,<br><br>                              Defendant. | Case No.  CR20-151 RAJ<br><br>NOTICE OF WITHDRAWAL<br><br>**(Clerk's Action Required)** |

YOU AND EACH OF YOU PLEASE TAKE NOTICE that the undersigned, whose address is 810 Third Avenue, Suite 500, Seattle, WA 98104, hereby withdraws as Attorney of Record for Defendant Leccese.

DATED:  November 20, 2020              Respectfully submitted,

                                                            LAW OFFICE OF
                                                            ROBERT FLENNAUGH II, PLLC


                                                            By:  _/s/ Robert Flennaugh II_____
                                                                   Robert Flennaugh II, WSBA #26764
                                                                   Withdrawing Attorney

NOTICE OF WITHDRAWAL

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA  98104
(206) 447-7422
Fax: (206) 447-7534